IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Delonda L

Printed: 11/04/08

Case Number: 04 B 05699
Judge: Wedoff, Eugene R
Filed: 2/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 16, 2008
Confirmed: April 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 51,527.00 |  |
| Secured: |  | 16,591.97 |
| Unsecured: |  | 17,647.13 |
| Priority: |  | 11,028.99 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,701.26 |
| Other Funds: |  | 857.65 |
| Totals: | 51,527.00 | 51,527.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Honda Finance Services | Secured | 16,591.97 | 16,591.97 |
| 3. | Internal Revenue Service | Priority | 11,028.99 | 11,028.99 |
| 4. | Credit First | Unsecured | 233.35 | 233.35 |
| 5. | Honda Finance Services | Unsecured | 7,515.95 | 7,515.95 |
| 6. | T Mobile USA | Unsecured | 141.68 | 141.68 |
| 7. | American Express Centurion | Unsecured | 941.10 | 941.10 |
| 8. | ECast Settlement Corp | Unsecured | 1,014.99 | 1,014.99 |
| 9. | Internal Revenue Service | Unsecured | 7,800.06 | 7,800.06 |
| 10. | Voice Stream Wireless | Unsecured |  | No Claim Filed |
| 11. | Lerner New York | Unsecured |  | No Claim Filed |
|  |  |  | $ 47,968.09 | $ 47,968.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 151.55 |
| 4% | 138.56 |
| 6.5% | 487.12 |
| 3% | 77.94 |
| 5.5% | 476.31 |
| 5% | 129.90 |
| 4.8% | 269.49 |
| 5.4% | 970.39 |
|  | $ 2,701.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Johnson, Delonda L

Printed: 11/04/08

Case Number:  04 B 05699
Judge: Wedoff, Eugene R
Filed:  2/17/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

